

ORDERED in the Southern District of Florida on October 20, 2014.

Raymond B. Ray, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
(FORT LAUDERDALE)
www.flsb.uscourts.gov

In re:                                                          Case No.: 14-31824-RBR
                                                                Chapter 13
Jesse Cordon

_____Debtor_____/

### ORDER GRANTING DEBTOR'S MOTION TO CONTINUE AUTOMATIC STAY

THIS MATTER came before the Court for consideration on October 16, 2014 at 1:00 p.m., upon Debtor's Motion for Entry of an Order Continuing the Automatic Stay Pursuant to 11U.S.C. §362(a)(3) and (c)4 of the Bankruptcy Code and the Court, having considered the Motion, and for the reasons stated on the record, does hereby:

**ORDER AND ADJUDGE** that

1. The Debtor's Motion to Continue the Automatic Stay in this Case filed after a prior Dismissal within a year of the filing of a prior case is **GRANTED;**

2. The automatic stay under 11 U.S.C. §362(a) is continued as to all creditors for the

duration of this Chapter 13 case or until such time as the stay is otherwise terminated;

###

Submitted By:

**Chad T. Van Horn, Esq.**
VAN HORN LAW GROUP, P.A.
330 N. Andrews Avenue
Suite 450
Fort Lauderdale, FL 33301
(954) 765-3166
(954) 765-3382 (Fax)
Chad@CVHLawGroup.com


(Attorney **VAN HORN** is hereby directed to mail a conformed copy of this Order upon all interested parties and creditors immediately upon receipt of same)